UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRE GLBL INC.,

Plaintiff,

v.

KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V., a/k/a KLM ROYAL DUTCH AIRLINES,

Defendant.

26-CV-7606 (DEH) (SLC)

ORDER

DALE E. HO, United States District Judge:

On October 21, 2026, Defendant Koninklijke Luchtvaart Maatschappij N.V. moved to consolidate this action with *Sabre GLBL Inc. v. Société Air France, S.A.*, No. 26 Civ. 7610 (S.D.N.Y.). ECF No. 12.

Plaintiff Sabre GLBL Inc. is hereby **DIRECTED** to submit a response of no more than six pages to Defendant's motion for consolidation by **October 30, 2026**.

SO ORDERED.

Dated: October 22, 2026
New York, New York

DALE E. HO
United States District Judge